*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  December 15, 2016                    522893
_____

In the Matter of the Claim of
    ANGELIST M. ALSBROOKS,
                    Appellant.

                                        MEMORANDUM AND ORDER

COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:  October 25, 2016

Before:  Peters, P.J., Garry, Egan Jr., Lynch and Rose, JJ.

_____

        Angelist M. Alsbrooks, Saint Albans, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City (Mary Hughes of counsel), for respondent.

_____

        Appeals from two decisions of the Unemployment Insurance Appeal Board, filed July 14, 2015, which ruled, among other things, that claimant was ineligible to receive unemployment insurance benefits because he was not totally unemployed.

        Decisions affirmed.  No opinion.

        Peters, P.J., Garry, Egan Jr., Lynch and Rose, JJ., concur.

ORDERED that the decisions are affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court